UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLA JUNE HOOPER, ) | Case No.: 1:15-cv-00348- JLT |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| v. ) | (Doc. 12) |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

On October 26, 2015, the parties filed a stipulation for an extension of time for Plaintiff to file her opening brief. (Doc. 12) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties. (Doc. 5 at 4) Because this is the first extension requested, an extension of twenty-one days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file her opening brief on or before **November 16, 2015**.

IT IS SO ORDERED.

Dated:   **October 28, 2015**          /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE

1