UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLA JUNE HOOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:15-cv-00348 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On November 20, 2016, Plaintiff Charla June Hooper and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 18)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** fees and costs in the total amount of $3,800.00 to be **AWARDED** to Charla June Hooper.

IT IS SO ORDERED.

Dated:   **November 21, 2016**         **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE